916 A.2d 1025

IN THE MATTER OF JUDGE JAMES M. NEWMAN, A JUDGE
OF THE MARLBORO TOWNSHIP MUNICIPAL COURT.

December 4, 2006.

## ORDER

This matter having come before the Court on a presentment
from the Advisory Committee on Judicial Conduct, which conclud-
ed that respondent's having conducted the arraignment of a
defendant in the Marlboro Township Municipal Court notwith-
standing the existence of an acknowledged conflict of interest
warranted the imposition of public discipline,

And the Committee having properly concluded that under Can-
on 3D of the *Code of Judicial Conduct* the conflict was not
waivable by defendant and, despite respondent's good faith, his
desire to spare defendant from having to return to court for an
arraignment by a different judge did not absolve him of the
disciplinary consequences of proceeding in the face of the conflict,

And the Committee having recommended to the Court that
respondent should be reprimanded for his conduct,

And the Court having determined that the appropriate sanction
should be an admonition,

And good cause appearing;

IT IS ORDERED that the Court hereby adopts the unanimous
findings of the Advisory Committee on Judicial Conduct and
admonishes JUDGE JAMES M. NEWMAN for his violations of
Canons 1, 2A, 3C(1), of the *Code of Judicial Conduct* and *Rule*
2:15–8(a)(6); and it is further

ORDERED that given the Court's obligation to promote public
confidence in the integrity and independence of the judiciary,
effective with the filing date of this Order any failure by a
municipal court judge to recuse himself or herself when confront-
ed by a clear conflict of interest within the scope of Canon 3C(1) of

the *Code of Judicial Conduct* shall result in the imposition of significantly more severe discipline than that imposed herein.